THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DELLAY, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens [County of Queens], convicting defendant of acting as a real estate broker, without first procuring a license, in violation of section 440-a of the Real Property Law, unanimously affirmed. No opinion. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PASQUALE SERAFINO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH SERAFINO, Appellant.— Judgments of the County Court of Kings County convicting appellants of the crime of petit larceny, upon their pleas of guilty, and sentencing them to the New York County Penitentiary for terms of six months each, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ZINGARELLA EDIBLE OILS, INC., Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of the crime of violating section 139 of the Sanitary Code of the City of New York (having, selling and offering for sale adulterated food), unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

MANUEL RICH, Appellant, v. JAMES H. McCANN, as President of Rock Drilling, Blasting, Roads, Sewers, Viaducts, Bridges, Foundations, Excavations and Concrete Work on All Construction, Hod Carriers Building and Common Laborers Union Local No. 17, Respondent.— In an action to recover for services rendered by plaintiff, an accountant, to the Rock Drilling, Blasting, etc., Union Local No. 17, an unincorporated association, sued by service upon the president thereof, the complaint was dismissed on the merits. Judgment unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ. [See post, p. 957.]

SAMUEL SEMENDOFF, Appellant, v. CITY OF NEW YORK, Respondent.— Plaintiff appeals from a judgment dismissing his complaint in an action to recover damages for injuries sustained when he tripped over an outlet pipe which protruded above the public sidewalk at a point near the curb, entered pursuant to a directed verdict. Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event. The trial court directed a verdict upon the sole ground that the testimony of the only eyewitness to the accident, involving an infant then about four years of age, was incredible as a matter of law. This was error. The question as to the credibility of the witness was for the jury, even though the accuracy of her testimony might be open to serious doubt. Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur.